Michael B.E. Nelson
Location: Dallas Co. Jail
BIN: #24018550
P.O. Box 660334
Dallas, Texas 75266-0334



United States District Court
OFFICE OF the Clerk
Northern District of Texas
1100 Commerce Street, Rm 1452
Dallas, Texas 75242-1310

ATTN: Internal Affairs - Judicial conduct comm.
Re: Complaint on Judicial Misconduct - Malicious Prosecutions/conduct

    There has been irritating conduct stemming from the Mass of people holding office in our Texas Judiciary Communities, purposely engaging in Malicious Prosecutions and Depriving Mr. Michael Nelson of Life and Liberty/Liberties to enjoy the Fundamentals of enforcing Civil Liberties and Federal Protections as well...... I am indigent, needing Defense.
    I wrote to the U.S. District Courts Clerk, addressing, specifically, Complaints against DART Transit Police (Dallas Area Rapid Transit Police Department) requesting 42.U.S.C 1983 excessive use of Force - Police Brutality Complaint Forms, charging the arresting officers in their official capacity!
    I never mentioned I was suing Dallas County Jail, amended case No. 3:24-CV-2724-S/BW, A nonjural entity that isn't a proper defendant under 1983 claims. Therefore I respectfully ask the District Clerks office For a change of venue to the United States Supreme Court or Properly respect my Equal protections and rights to charge the proper entity and officers that injured me, Dart Transit Police and its Management.

sincerly, Mr. Nelson.

P.S.

1). Although Dallas, County, Texas can be sued in an Amended Complaint against DART (Dallas Area Rapid Transit Police) Transit Police officers and agents in their individual official capacity, the plaintiff shall enjoy the right to enforce and bring a civil rights action against its servient Political agency/department because it is a separate and distinct active/operating Legal agency in existence.

2). A Governmental agency cannot engage in "Litigation" unless the Department or Political entity has taken explicit steps to grant the servient agency (Frank Crowley) jural authority. "It Has"!

3) Noting that 42. U.S.C. 1983 suits are the proper vehicle to Attack unconstitutional Conditions of confinement and prison Procedures, officer Misconduct - Excessive Force under VIII Amendment Cruel and unusual Punishment - Judicial Misconduct - by Federal Law and Equal Protections and Due Process of Law, (fourteenth Amendment) XIV Amendment, I've asked could Texas Judiciary Committee and Justices Respect Me as a person, civilian, United States Citizen - constituent and Correct this threat Against Me and Arrest the subjects harming Me and reserve victims Compensation, punitive Damages/Relief?

4) Could The U.S. District Courts Please send me the proper forms of writ of Habeas Corpus Petitions, the proper vehicle to seek Release from custody - unlawfull detainers. The Courts fails to Furnish Police Reports, Evidence, victim statements, etc..., and Denied examining trial, has Proof That my fourth, Fifth, sixth and fourteenth Amendment plus our Fourth Amendment rights are Violated.

**DALLAS COUNTY PUBLIC DEFENDER'S OFFICE**

133 N. Riverfront Blvd. LB 2
Dallas Texas 75207-4313
Phone: (214) 653-3550 Fax: (214) 653-4399

September 25, 2024

Michael Nelson
Dallas County Jail
P.O. Box # 660334
BIN: 24018550
Location: NT 5W08
Dallas, Texas 75266-0334

Re: The State of Texas vs. Michael Nelson
Cause Number(s): F24-16982

Dear Mr. Nelson:

We have received your letter dated September 13th, 2024. Please be aware that the Dallas County Public Defender's Office has not been appointed to your case, nor does the office represent you in this legal matter.

Please be aware that Ms. Boulware-West is not an employee of this office, nor has Ms. Boulware-West worked in this office previously. Please direct all correspondence to your appointed attorney or assigned court.

The contact information for your attorney is as follows:

Bree Davis 'Bree' Boulware-West
1920 McKinney Ave Ste 700
Dallas, TX 75201
214) 504-6470

The contact information for your assigned court is as follows:

Criminal District Court No. 2
Frank Crowley Courts Building
133 N. Riverfront Boulevard
Lock Box 39
Dallas, TX 75207

Sincerely,

Paul Blocker
Interim Chief Public Defender
paul.blocker@dallascounty.org

---

*Handwritten annotations:*

Violation of sixth Amendment Fourth and fifth plus fourteenth Amendment Rights. Court Reporter In Judge Koch Court Room, reported his comment "what Rights do you think you have"? Asking me. My Attorney Agreed with him and the prosecutor that my civil Rights "doesn't apply to me, I am only accused."

Please Grant Punitive / Compensatory Damages requested in the original Petition

I was Robbed and have Previous Police Reports and Crime stoppers and witness For my defense. Why Am I still being charged and I am the victim of Robbery.

Unlawful Detainers
Ineffective Counsil - no defense
Media / Press Influenced
Please Appoint Federal Defense Attorney and Enforce my Equal Protections

## Certificate of Service

I, Michael B. E. Nelson, Do Herby Certify that a true and correct copy of the Forgoing Motion Has been sent Via Uninted States Postal Service, To the Following Address

On the 14th day of November, 20 24.

U.S. District Courts
Office of the Clerk
Northern District of Texas
Room # 1452 - Dallas Div.
1100 Commerce Street
Dallas, Texas 75242-1310

## Declaration of Oath

I, Michael B. E. Nelson, Do hereby declare under Penalty of perjury and pursuant to (28 U.S.C. 1746), that the above is true and correct.

On the 14th day of November, 20 24.

Respectfully
Mr. Michael Nelson
Defendant.

NO. F2416982

STATE OF TEXAS | IN THE __2nd Dist.__ COURT

v. | __Dallas__ COUNTY, TEXAS

__Micheal Nelson__ [defendant] | [ __2nd__ JUDICIAL DISTRICT]

## MOTION TO DISMISS

TO THE HONORABLE JUDGE OF THIS COURT:

__Micheal Nelson__ [Name], defendant, moves this Court to dismiss the __Agg Robbery__ [indictment or information] filed in this cause, and in support of this motion shows:

I.

This action commenced on __May 09__, 20__24__, when __7/23/24__ [set forth event which marks commencement of action, e.g., the indictment was presented].

II.

Exactly __180 days__ [state length of delay, e.g., two years, eight months, and seventeen days] have passed from the commencement of this action to the date of the filing of this motion. Neither defendant nor defense counsel has committed any act or omission contributing to this delay.

III.

[If applicable, state date of motion for speedy trial, e.g. On __July 18th__, 20__24__, defendant made a motion for speedy trial of this cause. Defendant's motion was denied by this court. A copy of the order denying the motion is attached as Exhibit __A__ and incorporated by reference the same as if fully copied and set forth at length].

IV.

[If applicable, describe efforts of defendant to secure speedy trial, e.g., On __July 23rd__, 20__24__, defendant filed a controverting motion to the state's first motion for continuance. A copy of defendant's controverting motion is attached as Exhibit __B__ and incorporated by reference the same as if fully copied and set forth at length.]

V.

Therefore, defendant's right to a speedy trial, as guaranteed by the Sixth Amendment to the United States Constitution, and Article 1, Section 10 of the Texas Constitution, has been denied, and defendant is entitled to a dismissal of the _Agg Robbery_ [indictment or information] filed in this cause.

WHEREFORE, the defendant prays the court grant this motion and dismiss the _Agg Robbery_ [indictment or information] on file in this cause for the state's failure to furnish the defendant a speedy trial.

Respectfully submitted,

_Michael B. E. Nelson_ [firm name if any]

By: _Michael Nelson_ [signature]

_Michael Nelson_ [typed name]

_214-646-7554_ [telephone number]

_Student @ Blackstone Inst._ [state bar identification number]

Attorney for Defendant

ORDER

On this the _____ day of _____, 20_____ came to be heard defendant's Motion Dismiss, and it appears to the court that this motion should be _____ [granted or denied].

SIGNED this the _____ day of _____, 20_____.

_____
JUDGE PRESIDING

Mr. Michael Nelson
Location: Dallas Co Jail
BIN: #24618550
P.O. Box 660334
Dallas, Texas 75266-0334

NORTH TEXAS TX P&DC
DALLAS TX 750
18 NOV 2024 PM 10 L

X-RAY

United States District Court
Office of the Clerk, Rm #1452
Northern District of Texas, Dallas
1100 Commerce Street
Dallas, TEXAS 75242-1310

RECEIVED
NOV 21

75242-131052