Michael Nelson
#24018550 NT 5W04
P.O. Box 660334
Dallas, Texas 75266-0334

3:24cv2724



11/19/24

Re: Freedom of Information Act Request Forms - 1983. 42 U.S.C. Use of Force

ON Behalf of Respecting our constitutional Rights, XIV Amendment, I request A Freedom of Information Act - Form from Dallas-Div of The U.S. District Courts, in Respects to the Fourteenth Amendment Equal Protections / Due Process to Enforce and Establish with the Dist. Attorney's office and Judg Koch Courtroom/chambers, because I am being Disrespected as A victim charged with a crime that was comitted against me! Koch chambers are Maliciously Prosecuting me instead of Searching for actual Truth and Releasing me. I am being held unlawfully in Dallas County Jail and I was robbed with broken Ribs, concussions and Black eyes. Police Reports and Medical Records @ UT Southwestern/Presbyterian and Baylor plus the Report will claim my innocence to be compensated And Released. Judg Koch chambers, The Prosecutor and Attorney has Malicious Intentions and only seeking A Plea agreement to get the excessive bond amount As Reward Money disregarding the Truth. Malicious Prosecution warrants Change of Venue!

P.S.

Case # 3:24-cv-2724-S/BW

~~Cannot be Meditedor~~

Cannot be Merited or Mediated because its a non-jural Entity. The Sheriffs Dept. Allowed DART Transit Police to Enjoy this unlawful threat upon me and countless others. I was Fundled by the arresting Officers and he stuck his Fingers inside my Anus Feeling around w/o probable Cause, Assumptions and Actual Malice. There was no Police Report nor a victim but me being robbed and I chose to defend myself and scared the suspects off. ONE of them was Mexican Gilbert that Dart Police Had illegally Interrogated/solicited False Information From. I need A Federal Court Appointed Attorney to help me because of the Political Influence against me. Please help me I need victims Compensation - I was robbed and Lost everything, my Family is displaced with different Relatives and Struggling to care for themselves and my Grandchildren. Please help me Please. I am the Victim and Koch Chambers of Frank Crowley Claimed that I have no rights or Equal Protections and need to be reported for Judicial Misconduct Malicious Prosecution Malicious Intent/disregarding the Truth seeking Punitive and Compensatory Damges Mental Anguish/Pain and suffering, Loss of wages in Defamatory Degrading Accusations.

Sincerly,
Michael Nelson



Michael B.E. Nelson
Location: Dallas Co. Jail
BIN. #24018550
P.O. Box 660334
Dallas, Texas 75346-0334

X-RAY

United States District Court
OFFICE OF The Clerk
Northern District of Texas
1100 Commerce Street, Rm 1452
Dallas, Texas 75242-1310